UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CLAUDIA MARTINEZ-ALVAREZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-01116-LCB-JHE |
| KIMBERLY NEELY, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

Petitioner Claudia Martinez-Alvarez filed a *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Bureau of Prisons' ("BOP") decision to deny application of First Step Act ("FSA") programming and good time credits toward her sentence.  (Doc. 3 at 7–9).  The respondent has moved to dismiss Martinez-Alvarez's amended petition as moot based on the BOP's application of 365 days of FSA credits to her sentence, along with good-time credits.  (Doc. 15).  Martinez-Alvarez filed a response in which she acknowledges that her "requested relief has been granted by the BOP officials," and agrees that her amended petition is moot.  (Doc. 17 at 1).  On March 23, 2023, the magistrate judge entered a report recommending the court grant the respondent's motion to dismiss. (Doc. 18).  No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the respondent's motion to dismiss (doc. 15) is due to be granted and the amended petition (doc. 3) is due to be dismissed as moot.

A final judgment will be entered.

**DONE** and **ORDERED** April 14, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE